UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION HARDWARE, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> HFONC, INC., <br><br> Defendant. | Case No.  15-cv-00954-DMR <br><br> **ORDER RE JUNE 26, 2015 STATUS REPORT** <br><br> Re: Dkt. No. 16 |

The court has reviewed Plaintiffs' June 26, 2015 status report.  By no later than July 27, 2015, Plaintiffs shall either file an updated status report or request entry of Defendant's default from the Clerk.

**IT IS SO ORDERED.**

Dated: June 29, 2015



Donna M. Ryu
United States Magistrate Judge